THEODORE C. Low, Appellant, *v.* ROBERT MAGRUDER, Respondent.

*Contract — action to recover for breach — defense of false representations.*

*Low v. Magruder,* 198 App. Div. 944, affirmed.

(Submitted May 12, 1922; decided May 31, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 23, 1921, affirming a judgment in favor of defendant entered upon a verdict. The action was to recover for an alleged breach of contract. The complaint alleged that the plaintiff and the defendant were both engaged in business as officials of ship-owning or ship-building corporations and that the plaintiff and the defendant entered into a written agreement by which the defendant agreed to construct and equip four or more boats according to certain specifications. Upon the completion of the boats covered by this agreement they were to be operated by the plaintiff, and the net proceeds or profits of such operation were to be used in payment of the construction and equipment price of the boats and when the profits amounted to such a sum as would pay for the construction and equipment price, two of the

boats were to become the property of the plaintiff and the other two the property of the defendant. The complaint further alleged that one such boat was actually completed by the defendant and sold, in contravention of the alleged contract, to a third party. The defense was that defendant was induced to enter into said contract by false representations of plaintiff.

*Louis P. Brown* and *George A. Hopkins* for appellant.

*Guy O. Walser, Francis Dean* and *J. Harlin O'Connell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.